# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

133793

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LOUTFI MIKO KADDIS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133793
COA: 276562
Livingston CC: 05-015451-FH

      On order of the Court, the application for leave to appeal the March 29, 2007 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Cannon* (Docket No. 131994) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

Clerk

p0926